# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BRYCE VENTERS, | : Case No. 3:21-cv-31 |
| Plaintiff, | : Magistrate Judge Sharon L. Ovington |
| | : (by full consent of the parties) |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand to the Commissioner. (Doc. No. 10). The parties agree that the Commissioner's decision should be reversed, and that this case should be remanded to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand to the Commissioner (Doc. No. 10) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

August 27, 2021 *s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge